**UNITED STATES of America, Appellee,**

v.

**Alfredo GARCIA, also known as Alfredo Garcia Hill, Appellant.**

**No. 04–4118.**

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 23, 2005.

Decided Dec. 28, 2005.

Bruce Wellesley Gillan, U.S. Attorney's Office, Omaha, NE, for Appellee.

Alfredo Garcia, U.S. Penitentiary, Lompoc, CA, pro se.

John F. Aman, Aman & Aman, Lincoln, NE, for Appellant.

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

A jury found Alfredo Garcia guilty of conspiring to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21

---

**1.** The Honorable Laurie Smith Camp, United States District Judge for the District of Ne-

braska.

U.S.C. § 846, and the district court[1] sentenced him to 276 months in prison and 5 years of supervised release. On appeal, Garcia's counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). For the reasons discussed below, we grant counsel's motion and affirm.

We reject counsel's argument that the district court abused its discretion by granting the government's motion in limine in part and prohibiting any party from referring to the government's decision not to call a particular witness unless the party showed the relevance of the reference. *See* Fed.R.Evid. 402 (only relevant evidence is admissible); *United States v. Gianakos,* 415 F.3d 912, 919 (8th Cir.2005) (standard of review), *cert. denied,* —— U.S. ——, 126 S.Ct. 764, 163 L.Ed.2d 593 (2005).

Having found no nonfrivolous issues for appeal after reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm the judgment of the district court and grant counsel's motion to withdraw.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.